RECEIVED
MAY 26 2021
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:21-CR-00024 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| STEWART JEROME MESSERSCHMIDT, | ) | T. 18, U.S.C. § 1344(1) |
| | ) | T. 18, U.S.C. § 1014 |
| Defendant. | ) | T. 15, U.S.C. § 714m(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Bank Fraud)**

From on or about December 6, 2017, to on or about February 22, 2018, in the Southern District of Iowa, the Defendant, STEWART JEROME MESSERSCHMIDT, did knowingly execute, and attempt to execute, a scheme or artifice to defraud Shelby County State Bank, a financial institution insured by the Federal Deposit Insurance Corporation, by submitting materially false documentation, to wit: a "Balance Sheet" dated December 6, 2017.

This is a violation of Title 18, United States Code, Section 1344(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
**(Bank Fraud)**

From on or about December 12, 2018, to on or about April 2019, in the Southern District of Iowa, the Defendant, STEWART JEROME MESSERSCHMIDT, did knowingly execute, and attempt to execute, a scheme or artifice to defraud Shelby County State Bank, a financial institution insured by the Federal Deposit Insurance Corporation, by submitting materially false documentation, to wit: a "Balance Sheet" dated December 12, 2018.

This is a violation of Title 18, United States Code, Section 1344(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(False Statement to Financial Institution)**

From on or about February 26, 2018, to on or about May 23, 2018, in the Southern District of Iowa, the Defendant, STEWART JEROME MESSERSCHMIDT, did knowingly make a false statement, report, and willfully overvalued property and security for the purpose of influencing the action of the Secretary of Agriculture acting through the successor agency of the Farmers Home Administration, to wit: the Farm Service Agency, in connection with guaranteed loans, in that the defendant falsely claimed ownership of crops and cattle and willfully overvalued crops and cattle, when in truth and in fact, as the defendant well knew, the crops and cattle listed on a Balance Sheet dated December 6, 2017 were not owned by him and that this property and security were overvalued on the Balance Sheet.

This is a violation of Title 18, United States Code, Section 1014.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
**(False Statement to Financial Institution)**

From on or about December 12, 2018, to on or about April 2019, in the Southern District of Iowa, the Defendant, STEWART JEROME MESSERSCHMIDT, did knowingly make a false statement, report, and willfully overvalued property and security for the purpose of influencing the action of the Secretary of Agriculture acting through the successor agency of the Farmers Home Administration, to wit: the Farm Service Agency, in connection a change and extension of guaranteed loans, in that the defendant falsely claimed ownership of crops and cattle and willfully overvalued crops and cattle, when in truth and in fact, as the defendant well knew, the crops and cattle listed on a Balance Sheet dated December 12, 2018 were not owned by him and that this

property and security were overvalued on the Balance Sheet.

This is a violation of Title 18, United States Code, Section 1014.

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 5
(Conversion of Mortgaged or Pledged Property)

From on or about October 2018, to on or about May 2019, in the Southern District of Iowa, the Defendant, STEWART JEROME MESSERSCHMIDT, did willfully steal, conceal, remove, dispose of, and convert to his own use property, to wit: crops of an amount and value in excess of $500, which were held by and mortgaged and pledged to the Commodity Credit Corporation, and were mortgaged and pledged as security for promissory notes and other evidence of indebtedness, which the Commodity Credit Corporation had guaranteed and was obligated to purchase upon tender.

This is a violation of Title 15, United States Code, Section 714m(c).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Michael B. Duffy
Assistant United States Attorney